**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Logan Wood and Sarah Wood, Respondents,

v.

Horry County School District, Petitioner.

Appellate Case No. 2023-001470

————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

————

Appeal From Horry County
The Honorable William H. Seals, Jr., Circuit Court Judge

————

Memorandum Opinion No. 2024-MO-023
Heard September 10, 2024 – Filed October 9, 2024

————

**DISMISSED AS IMPROVIDENTLY GRANTED**

————

Andrew F. Lindemann, of Lindemann Law Firm, P.A., of Columbia, for Petitioner.

Amy Suzanne Lawrence and Justin Michael Lovely, both of The Lovely Law Firm, of Myrtle Beach; Kathleen Chewning Barnes, of Barnes Law Firm, LLC, of Hampton; James Bernice Moore, III and Scott

Christopher Evans, both of Evans Moore, LLC, of
Georgetown, all for Respondents.

———————

**PER CURIAM:**  We granted certiorari to review the court of appeal's decision in
*Wood v. Horry County School District*, 2023-UP-244 (S.C. Ct. App. filed June 21,
2023.  After careful consideration of the Appendix and briefs, the writ of certiorari
is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**